**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWARD HINEY,

                Plaintiff,                      20 **CIVIL** 286 (DCF)

      -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 2, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          October 2, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                       **BY:**     *K. Mango*
                                                            _____
                                                             **Deputy Clerk**